UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

MAURICE ANDERSON,

              Defendant.
------------------------------------------------------------x

**SCHEDULING ORDER**

7-25-cr-00299 (PMH)

Due to a scheduling conflict, the Sentencing Hearing scheduled for November 10, 2025 is re-scheduled to November 12, 2025 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       August 25, 2025

_____
Philip M. Halpern
United States District Judge