UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

v.

MAURICE ANDERSON,

                            Defendant.
-----------------------------------------------------------X

**SCHEDULING ORDER**

7:25-cr-299-PMH

The Sentencing Hearing scheduled for November 12, 2025 is re-scheduled to November 13, 2025 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
         September 24, 2025

_____
Philip M. Halpern
United States District Judge